UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIDGECREST RESTORATION MINISTRIES, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00191-ADA-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE **AS MODIFIED**<br><br>(ECF No. 11) |

　　　　Pending before the Court is the parties' stipulation, filed April 20, 2023, in which the parties request that the scheduling conference be continued from May 1, 2023 to June 5, 2023. (ECF No. 11.)  Based on the parties' representations in the stipulation, the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for May 1, 2023, be continued to June 5, 2023, at 10:00 a.m.  The parties shall file a joint scheduling report at least one week prior to the conference and are encouraged also to file completed consent/decline magistrate judge jurisdiction forms.  (*See* ECF No. 5).

IT IS SO ORDERED.

　　Dated:   **April 21, 2023**　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE