UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIDGECREST RESTORATION MINISTRIES d/b/a RIDGECREST VINEYARD CHURCH; RICHARD ROMEO DAIGLE; AKOP AGAZARYAN; GOHAR HEKIMAN,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00191-ADA-CDB<br><br>**ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF SETTLEMENT, OR IN THE ALTERNATIVE, REQUEST FOR ENTRY OF DEFAULT**<br><br>**ORDER REQUIRING PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT AS TO DEFENDANT DAIGLE**<br><br>**ORDER VACATING SCHEDULING CONFERENCE** |

　　　　Plaintiff Ohio Security Insurance Company initiated this action with the filing of a complaint on February 8, 2023.  (Doc. 1).  Plaintiff thereafter filed summonses returned executed for all four Defendants.  (Docs. 6-9).  Each of the Defendants presently is in default as none have timely answered or otherwise appeared and the time to do so has passed.  (Docs. 6-9, 10). Plaintiff has sought and obtained from the Clerk of Court entry of default as to Defendant Richard Romeo Daigle only (Docs. 13-14).  Due to the absence of all four Defendants, the Court twice has reset the scheduling conference, originally set for May 1, 2023, and now scheduled to proceed on July 25, 2023.  (Docs. 5, 12, 15).

　　　　Pending before the Court is the filing by Plaintiff on July 17, 2023 (Doc. 13), of a

document titled "Joint Scheduling Report." (Doc. 17, hereinafter the "Report").  Plaintiff appears to have filed the Report pursuant to the Court's Order setting Mandatory Scheduling Conference and requirement therein for the parties to file a joint report prior to the scheduling conference (Doc. 5); however, as Plaintiff concedes, the report is not "joint" insofar as no party aside from Plaintiff has executed the document.  (*Id*. at 1 n.1).

In the Report, Plaintiff represents that it has obtained "pending settlements" with Defendants Ridgecrest Restoration Ministries d/b/a/ Ridgecrest Vineyard Church, Akop Agazaryan, and Gohar Hekiman (collectively the "Settling Defendants").  The Settling Defendants are delinquent in filing a responsive pleading or otherwise appearing.  *See* Fed. R. Civ. P. 12(a)(1).  Accordingly, the Court will order Plaintiff to file by a date certain either a notice of settlement consistent with E.D. Cal. Local Rule 160, or request for entry of default as to each of the Settling Defendants.

Plaintiff also represents in the Report that Defendant Richard Romeo Daigle ("Daigle") has not yet responded to the complaint or otherwise contacted Plaintiff as of the time the Report was prepared.  (Doc. 17).  At Plaintiff's request, on May 19, 2023, the Clerk of Court entered default as to Defendant Daigle.  (Docs. 13, 14).  In an effort to move the case forward without unnecessary delay, *see* Fed. R. Civ. P. 1, and pursuant to its authority to manage its docket, the Court will order Plaintiff to file by a date certain a motion for default judgment as to Defendant Daigle.

Accordingly, it is HEREBY ORDERED:

1.  Not later than July 26, 2023, Plaintiff SHALL FILE either (a) a notice of settlement as to Defendants Ridgecrest Restoration Ministries d/b/a/ Ridgecrest Vineyard Church, Akop Agazaryan, and Gohar Hekiman, or (b) request for entry of default as to each of the Defendants;

2.  Not later than August 2, 2023, Plaintiff SHALL FILE a motion for default judgment as to Defendant Richard Romeo Daigle; and

/ / /

/ / /

1    3. The scheduling conference set for July 25, 2023, is VACATED.

2  IT IS SO ORDERED.

3    Dated:  **July 18, 2023**

4                                                  UNITED STATES MAGISTRATE JUDGE