UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ROMEO DAIGLE,<br><br>Defendant. | No. 1:23-cv-00191-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF Nos. 21, 25) |

Plaintiff Ohio Security Insurance Company initiated this action on February 8, 2023, seeking a declaratory judgment that Plaintiff does not owe duties of defense or indemnity in the underlying lawsuit *Agazaryan et al. v. Daigle, et al.*, Kern County Superior Court Case No. BCV 22-103175. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 5, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending granting Plaintiff's motion for default judgment as to Defendant Richard Romeo Daigle. (ECF No. 25.) The Court served the findings and recommendations and directed Plaintiff to serve a copy of these findings and recommendations on Defendant. (*Id.* at 10.) On September 25, 2023, Plaintiff filed proof of service reflecting the findings and recommendations were served on Defendant on September 25, 2023. (ECF No. 27.) The findings and recommendations contained notice that any objections were to be filed within


fourteen days after service.  (ECF No. 25 at 10.)  As of the date of this Order, no objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 5, 2023, (ECF No. 25), are ADOPTED in FULL;
2. Plaintiff's motion for default judgment, (ECF No. 21), is GRANTED;
3. The Court hereby declares that Plaintiff had and has no duty to defend or indemnify Defendant Richard Romeo Daigle in the underlying lawsuit *Agazaryan et al. v. Daigle, et al.*, Kern County Superior Court Case No. BCV 22-103175; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 2, 2023                               _____
                                                        UNITED STATES DISTRICT JUDGE